IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.  ] | No. 23-CR-241-TSC |
| ] | |
| CINDY YOUNG ] | |
| ] | |

**NOTICE OF DEFENDANT'S CONSENT TO TRIAL, JUDGMENT, AND SENTENCING BY A UNITED STATES MAGISTRATE JUDGE**

The defendant, Cindy Young, through counsel, Eric Wolpin, hereby notes her consent to be tried before a United States magistrate judge. In so doing, she waives her rights to trial, judgment, and sentencing by a United States district judge. Ms. Young waives these rights after consultation with counsel and after review of a court-issued form setting forth the colloquy for such a waiver. *See* Form AO-86A *available at* https://www.uscourts.gov/sites/default/files/ao086a.pdf (addressing the relevant waiver in the top-third of the form). This notice is submitted in accordance with 18 U.S.C.§ 3401(b).

Respectfully submitted,

Dated:  October 16, 2023

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender
22 Bridge St.
Concord, NH 03031
Eric_Wolpin@fd.org