UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:23-cr-241 (TSC) |
| : | |
| CINDY YOUNG, : | |
| Defendant. : | |

**GOVERNMENT'S UNOPPOSED REPLY TO DEFENDANT'S NOTICE TO CONSENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, does not oppose Defendant Cindy Young's Notice of Consent to Trial, Judgements, and Sentencing by Magistrate Judge (ECF No.17).
.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Rebekah Lederer*
REBEKAH LEDERER
Assistant United States Attorney
Pennsylvania Bar No. 320922
601 D St., NW
Washington, D.C. 20001
202-252-7012
Rebekah.Lederer@usdoj.gov