IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    ]
    ]
v.    ]    No. 23-CR-241-TSC
    ]
CINDY YOUNG    ]
    ]

### DEFENSE COUNSEL'S UNOPPOSED MOTION TO WITHDRAW

The defendant, Cindy Young, through counsel, Eric Wolpin and Jeff Levin, Assistant Federal Public Defenders, respectfully request that this Honorable Court allow counsel to withdraw from their representation of Ms. Young.

The following is stated in support.

Counsel has represented Ms. Young beginning at her Rule 5 hearing in New Hampshire and through the pendency of her case in this Court. Counsel has worked on Ms. Young's case throughout the representation and has remained in regular contact with her through email, phone calls, and in-person meetings.

A breakdown in the attorney-client relationship has opened and deepened over the course of the representation. The fundamental trust that must exist between a client facing criminal prosecution and her counsel has eroded. Communication has continued in efforts to salvage this relationship, but the damage to the relationship is unrepairable.

A status hearing to address Ms. Young's consent to trial before the magistrate judge is scheduled for November 2, 2023, by videoconference. As an important right and waiver are to be addressed at that hearing, Counsel requests that this motion be

considered prior to addressing the pending notice of consent to trial before a magistrate judge.

This motion is filed after consultation with Ms. Young. The government, via AUSA R. Lederer, takes no position as to the requested relief.

WHEREFORE, for the reasons noted above, which are stated in limited form in light of rules pertaining to attorney-client privilege and confidentiality, counsel respectfully requests that the Court allow counsel to withdraw or schedule a hearing on the matter.

Respectfully submitted,

Dated: October 25, 2023

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender
22 Bridge St.
Concord, NH 03031
Eric_Wolpin@fd.org

*/s/ Jeff Levin*
Jeff Levin
N.H. Bar # 12901
Assistant Federal Public Defender
22 Bridge St.
Concord, NH 03031
Jeff_Levin@fd.org