UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Case No. 1:23-cr-241 |
| CINDY YOUNG<br>*Defendant.* | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Jonathan Gross, who was admitted to this Court, hereby enters his appearance as counsel for Defendant Cindy Young.

Dated: November 20, 2023

Respectfully Submitted,
/s/ Jonathan Gross
JONATHAN GROSS
Bar ID: MD0162
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross