# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Case No. 1:23-cr-241 |
| CINDY YOUNG<br>*Defendant.* | ) |

# **PROPOSED ORDER**

The hearing set for December 1, 2023 is continued until December _____, 2023 at _____. The time between December 1, 2023 and December _____, 2023, shall be excluded from the Speedy Trial calculation in the interest of justice.

Date: _____

Signed:_____
Judge Tanya S. Chutkan