UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Case No. 1:23-cr-241 |
| CINDY YOUNG *Defendant.* | ) |

**ORDER**

Defendant having filed an unopposed motion to modify her conditions of release, ECF No. 26, it is hereby ORDERED, that Defendant's conditions of release be modified so that she is permitted to travel to Washington, D.C., on March 20, 2024, so that she can visit and inspect the Capitol building and grounds with her attorney.

SO ORDERED.

Signed:_____
G.MICHAEL HARVEY
U.S. MAGISTRATE JUDGE