**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES            ) | |
|                          ) | |
| v.                       ) | Case No. 1:23-cr-241 |
|                          ) | |
| CINDY YOUNG              ) | |
| _____) | |

**DEFENDANT'S MOTION FOR PERMISSION**
**TO TRAVEL TO DC TO INSPECT THE CAPITOL**

Defendant Cindy Young, through counsel, respectfully moves this Court for an Order permitting her to travel to Baltimore and Washington, D.C. from May 4 through May 6 to visit her attorney and participate in a guided tour of the Capitol for January 6 defendants.

This Court previously granted permission to Ms. Young's earlier similar request. *See* ECF No. 26, and Order granting motion on March 12, 2024. Ms. Young incorporates her earlier motion as if set forth fully herein.

In support of this Motion, counsel states:

1. On April 22, 2024, counsel for the Government invited January 6 attorneys to participate in a guided tour of the Capitol that will include access to areas normally restricted to the public.

2. The invitation arrived while Ms. Young's attorney was on vacation observing the Passover holiday.

3. Ms. Young has indicated that she wishes to participate in the tour of the Capitol to view the restricted areas.

4. The government did not seek detention in this case.

5. Ms. Young has been compliant with her conditions of release.

6. Her pretrial services officer Ria McCormick does not object to her traveling.

7. Ms. Young is being charged with conduct inside a restricted building, specifically a Capitol building. She believes that she cannot properly prepare for her trial without visiting the scene of the alleged crime and inspecting the building for herself.

8. As stated above, Ms. Young requested and was granted permission to inspect the Capitol in March of 2024.

9. She traveled to and from D.C. and inspected the public areas of the Capitol and returned to New Hampshire without incident. She complied with all of her conditions of release and was in regular contact with her pretrial services officer during her trip.

10. Unfortunately, many of the areas relevant to her case are restricted to public access and can only be viewed on the special tour being offered by the Government for January 6 attorneys on May 5, 2024.

11. Ms. Young respectfully asks this court to allow her to participate in the tour because she wants to inspect the areas for herself with her attorney to fully participate in her defense and preparation for trial.

12. Ms. Young is scheduled to drive to Baltimore on May 4, 2024 and to return May 6, 2024. During that time, she intends to prepare for trial at her attorney's office in Baltimore.

13. She respectfully requests that on Sunday, May 5, 2024, she be permitted to travel with her attorney to Washington, DC to participate in the Capitol tour.

14. While in Baltimore, she will stay at a location approved by pretrial trial services close to her attorney's office, comply with her conditions or release, and remain in contact with her pretrial services officer.

15. Undersigned counsel conferred with the Government via email. The Government opposes this request stating that the tour is only for attorneys and that defendants are not allowed to participate.

16. Ms. Young respectfully requests to grant her request so that she can visit the area for herself.

For the reasons stated herein and any others that appear to the Court, Ms. Young moves the Court to enter an order permitting her to participate in the tour of the Capitol organized for the attorneys of January 6 defendants.

Dated: May 2, 2024                              Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross, Esq.
Bar No.: MD 0126
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

May 2, 2024

/s/ Jonathan Gross