3/18/24, 11:30 AM   Father of Marine Killed in Afghanistan Arrested After Yelling During Biden's Speech - The New York Times

Case 1:23-cr-00341-TSC-GMH Document 38-1 Filed 05/20/24 Page 1 of 2

**The New York Times**   https://www.nytimes.com/2024/03/08/us/politics/abbey-gate-yelling-state-of-union.html

# Father of Marine Killed in Afghanistan Is Arrested During Biden's Address

Steve Nikoui yelled "Abbey Gate, Abbey Gate" during the speech, a reference to where his son, Lance Cpl. Kareem Nikoui, and 12 other troops were killed during the chaotic final days of the U.S. presence in Kabul.

 By Michael D. Shear

March 8, 2024

Steve Nikoui, the father of a U.S. Marine who was killed in 2021 during the evacuation of U.S. troops from Afghanistan, was arrested and charged with a misdemeanor for interrupting President Biden during his State of the Union address, according to Capitol Police.

Mr. Nikoui yelled "Abbey Gate, Abbey Gate" during the president's speech, a reference to the place where his son, Lance Cpl. Kareem Nikoui, and 12 other troops were killed during the chaotic final days of the U.S. presence in Kabul, Afghanistan.

Police officers quickly removed Mr. Nikoui, 51, from the gallery where he was a guest of Representative Brian Mast, Republican of Florida. Mr. Biden paused briefly during the interruption but moved on quickly.

A statement from the Capitol Police said officers had warned Mr. Nikoui to stop, and when he did not, they removed him from the chamber.

In the statement, officers said: "This is a routine charge on Capitol Hill. People who illegally demonstrate/disrupt Congress typically are released after they pay a $50 fine, so the misdemeanor charge is resolved without going to court."

Mr. Nikoui has been a vocal critic of Mr. Biden since the death of his son. In August 2021, he told The Daily Beast that he blamed the president for the tragedy.

"They sent my son over there as a paper pusher and then had the Taliban outside providing security," Mr. Nikoui said at the time, according to the news organization.

"I blame my own military leaders," he said, adding, "Biden turned his back on him. That's it."

**Michael D. Shear** is a White House correspondent for The New York Times, covering President Biden and his administration. He has reported on politics for more than 30 years. More about Michael D. Shear

---

# Biden Focused on Defending Democracy, the Economy and the Border ›

Biden strikes a contrast with Trump, offering a choice between 'revenge' and 'decency.'

A new speaker's many faces show everything but approval.

Selfies, handshakes and hugs: Biden lingers after last call.

How cable news reacted to the speech.

Biden spars with Marjorie Taylor Greene about a murder he said was committed 'by an illegal.'