UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Crim. No. 23-cr-241 (GMH) |
| **CINDY YOUNG,** | : | |
| | : | |
| Defendant. | : | |

**JOINT PROPOSED STATEMENT OF CASE**

Pursuant to this Court's Pretrial Scheduling Order of December 21, 2023, the United States of America, by and through the undersigned attorneys, and counsel for Ms. Young respectfully request that the Court read the following narrative as the statement of the case:

**I.     PROPOSED STATEMENT OF THE CASE**

This is a criminal case, in which the defendant, Cindy Young, is charged with four counts:

1. Entering or Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C § 1752(a)(1);

2. Disorderly or Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2);

3. Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); and

4. Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

The four federal criminal laws charged in this case are based on the defendant's presence inside the U.S. Capitol on January 6, 2021. Specifically, the government alleges that Cindy Young unlawfully entered and remained in the restricted building and grounds of the U.S. Capitol, and

engaged in disorderly and disruptive conduct while there; and that she paraded, demonstrated, and picketed inside the U.S. Capitol building.

Cindy Young, who is presumed innocent, denies the allegations contained in the Information, has entered a plea of not guilty to all of these charges and has requested a jury trial.

Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan Gross* | */s/ Rebekah E. Lederer*___ |
| Counsel for Cindy Young | Assistant United States Attorney |
| Bar ID: MD 0162 | Pennsylvania State Bar No. 320922 |
| 2833 Smith Ave., Suite 331 | 601 D St., NW |
| Baltimore, Maryland 21209 | Washington, D.C. 20530 |
| (443) 813-0141 | (202) 252-7012 |
| jonathansgross@gmail.com | rebekah.lederer@usdoj.gov |
| | |
| | */s/ Pavan S. Krishnamurthy* |
| | Assistant United States Attorney |
| | D.C. Bar No. 252831 |
| | 601 D Street NW |
| | Washington, DC 20001 |
| | (202) 252-7862 |
| | pavan.krishnamurthy@usdoj.gov |