**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Crim. No. 23-cr-241 (GMH)** |
| **CINDY YOUNG,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## JOINT PROPOSED VOIR DIRE

Pursuant to this Court's Pretrial Scheduling Order of December 21, 2023, the United States of America, by and through the undersigned attorneys, and counsel for Ms. Young respectfully request that the Court ask the following narrative and proposed voir dire questions during jury selection on August 5, 2024. The parties also respectfully request permission to ask follow-up questions of individual prospective jurors as outlined below. Counsel for Ms. Young will file additional questions she wishes to propose.

**I.    PROPOSED STATEMENT OF THE CASE**

This is a criminal case, in which the defendant, Cindy Young, is charged with four counts:

1.    Entering or Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C § 1752(a)(1);

2.    Disorderly or Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2);

3.    Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); and

4.    Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

The four federal criminal laws charged in this case are based on the defendant's presence inside the U.S. Capitol on January 6, 2021.  Specifically, the government alleges that Cindy Young unlawfully entered and remained in the restricted building and grounds of the U.S. Capitol, and engaged in disorderly and disruptive conduct while there; and that she paraded, demonstrated, and picketed inside the U.S. Capitol building.

Cindy Young, who is presumed innocent, denies the allegations contained in the Information, has entered a plea of not guilty to all of these charges and has requested a jury trial.

## II.    PROPOSED VIOR DIRE

### A.   <u>Questions addressed to the full venire:</u>

The government proposes that the Court address the following questions to the full venire.

1.   Having now heard a brief description of the case, do you know, or have you heard anything about this case?

2.   The Government in this case is represented by Assistant United States Attorneys Rebekah Lederer and Pavan Krishnamurthy, who will be accompanied by paralegal _____ and FBI Special Agent(s) Wesley Garland and/or Molly Poalino.  Do you know any of these individuals?

3.   Ms. Young is represented by Attorney Jonathan Gross.   Ms. Young resides in New Hampshire.  Do you know any of these individuals?

4.   [The Court will read off the list of expected witnesses.]   Do you know any of these witnesses?

5.   Look around the gallery, do you know or recognize any other member of the jury panel?

6.   I will now introduce the courtroom staff, stenographer, and my clerks. [Make introduction] Do you recognize anyone or me?

7.   The lawyers have predicted that the presentation of evidence in this trial should last about **three days**, but it could be shorter or longer. The jury will sit Monday through Friday, generally from 9:30 a.m. to 5 p.m., although the starting and ending times may vary. The length of jury deliberations following the presentation of evidence at trial will be determined by the jury itself. Do you have an urgent or extremely important matter to attend to this week and next, such that you could be faced with a hardship if selected to serve on the jury in this case?

8.  Do you have any vision, language, or hearing problems, or any other physical or medical problems, that might interfere with your ability to hear or understand what the witnesses say in this case, to view exhibits and photographs, or to give your full attention to this case?

9.  Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?

10. Have you, any member of your family or close friend ever studied law or been employed by a lawyer or a law firm, worked in a courthouse, as a paralegal or legal secretary, or performed legal investigative work?

11. Have you, any member of your family or close friend ever been employed by any local, state, or federal law enforcement agency or a private security company? Law enforcement agencies include for example, the Metropolitan Police Department, the U.S. Marshals Service, or the Federal Bureau of Investigation (FBI).

12. Have you, any member of your family or close friend had any experiences with any law enforcement agency or the government that might cause you to favor or disfavor the government or law enforcement?

13. If you ever served before as a juror at a civil or criminal trial, or on a grand jury, was there anything about your service that might affect your ability to serve fairly and impartially as a juror at this trial?

14. Have you ever filed a complaint against a police officer or anyone in law enforcement?

15. Have you, any member of your family or close friend ever been the subject of a criminal investigation, been accused of criminal conduct, been arrested, or convicted of a crime, been a victim of a crime, been a witness to a crime, testified in court or before a grand jury as a witness to a crime, or been required to appear in court for any reason?

16. Do you have any opinions about prosecutors or defense attorneys that might affect your ability to serve fairly and impartially in this trial?

17. Do you, any member of your family or any close friend belong to a group or organization that is active in law enforcement or crime victim prevention matters? Some examples of such organizations include: Fraternal Order of Police, Crime Watch, Crime Stoppers, Orange Hats, or other organizations, including any groups on the Internet, which monitor or discuss neighborhood crime issues.

18. Do you believe that merely because a defendant has been arrested and charged with a crime that he is guilty of something?

19. In this case, law enforcement officers will be witnesses. Would you tend to believe or not believe the testimony of a law enforcement officer simply because he or she is a law enforcement officer? In other words, would you tend to give more or lesser weight to the testimony of a law enforcement officer than to the testimony of other witnesses?

20. The prosecution has the burden of proof. This means that the jury cannot return a guilty verdict against a defendant unless the prosecution has proven beyond a reasonable doubt that the defendant is guilty of the crime charged. Would you have any difficulty accepting and applying this legal instruction?

21. The defendant in this case, just as every defendant in a criminal trial, is presumed innocent and, therefore, has no obligation to testify or present any evidence in the case. Would you have any difficulty accepting and applying this legal instruction?

22. To reach a verdict on a particular charge, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations you must consider the opinions and points of your fellow jurors, but you must also follow your own conscience and be personally satisfied with

any verdict. Would you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

23. Do you know of any reason, or has anything occurred to you during this questioning, that might in any way prevent you from following my instructions on the law and being completely fair and impartial as a juror in this case?

### *January 6, 2021- Specific Questions*

24. Were you or was someone you know directly affected by the events of January 6, 2021?

25. Do you know anyone who was at the Capitol on January 6, 2021?

26. During the course of this trial, you will hear about the events at the United States Capitol on January 6, 2021.  Do you, any member of your family or close friend live, work near, or have any special familiarity with the immediate area of the United States Capitol?

27. Have you watched video of what happened at the U.S. Capitol on January 6, 2021, on the news or on the Internet?

a. Approximately how many times have you seen video or news programs depicting these events?

b. From what source—that is, what news program, website, or social media platform—did you view those videos?

28. Do you or someone you know have any direct or indirect connection to events at the U.S. Capitol on January 6, 2021?

29. Have you been following the investigation of the events of January 6, 2021, at the United States Capitol in the news media or on the internet?

30. No matter what you have heard or seen about events at the U.S. Capitol on January 6, 2021, and no matter what opinions you may have formed, can you put all of that aside and decide this case only on the evidence you receive in court, follow the law, and decide the case in a fair and impartial manner?

B.  **Individual Vior Dire Questions:**

*Background Questions*

31. [The following individual questions would be asked separately of each juror.]  Please provide the following information:

    a.  How long have you lived in the District of Columbia?

    b.  Without disclosing your address, what neighborhood do you live in? For example, Capitol Hill, Penn Quarter, Georgetown, Adams Morgan, etc.

    c.  Are you a native of D.C.? If not, where would you consider yourself from?

    d.  Do you have children or step-children?  If so, how many, and what are their ages?

    e.  What is the highest level of school you completed?

    f.  What is your current occupation?

        i.  How long have you been at this job?

        ii.  What is your current role at work?

        iii.  Does your role include supervisory duties?

    g.  If you have a partner, what is your partner's occupation?

    h.  Have you served on a jury before?  If so:

        i.  Was it a criminal or a civil case?

        ii.  Did you reach a verdict [we do not need to know the verdict-just if you reached one]?

        iii.  Was there anything about your experience as a juror which would make you not want to serve again?

    i.  Have you been a party to a lawsuit or a witness who testified in court?  If so:

        i.  What was the nature of the lawsuit?

        ii.  What was your role in the case?

        iii.  What was the result?

    j.  What social media platforms do you use, how often do you use them, and what do you use them for?

    k.  What source or sources do you rely on to get your news?

### C. <u>Attorney Conducted Follow-Up Questions</u>

The government respectfully requests that, following the Court's individual voir dire, each party be permitted to ask additional follow-up questions of the prospective jurors.

Respectfully submitted,

*/s/ Jonathan Gross*
Counsel for Cindy Young
Bar ID: 0162
2833 Smith Ave., Suite 331
Baltimore, Maryland 21209
(443) 813-0141
jonathansgross@gmail.com

*/s/ Rebekah E. Lederer_____*
Assistant United States Attorney
Pennsylvania State Bar No. 320922
601 D St., NW
Washington, D.C. 20530
(202) 252-7012
rebekah.lederer@usdoj.gov

*/s/ Pavan S. Krishnamurthy*
Assistant United States Attorney
D.C. Bar No. 252831
601 D Street NW
Washington, DC 20001
(202) 252-7862
pavan.krishnamurthy@usdoj.gov