UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 23-cr-241-GMH** |
| **v.** : | |
| : | |
| **CINDY YOUNG,** : | |
| **Defendant.** : | |
| : | |

## UNITED STATES' NOTICE OF SUPPLEMENAL AUTHORITY REGARDING THE DEFENDANT'S SELECTIVE PROSECTUION MOTION

The government hereby submits this notice of supplemental authority to inform the Court of a written ruling made by the Honorable Colleen Kollar-Kotelly on June 10, 2024, in *United States v. Brown*, No. 22-cr-170 (CKK), which denied a similar motion to dismiss for selective prosecution to that of Defendant Young. Judge Kollar-Kotelly found that the defendant "fail[ed] to make a 'credible showing of different treatment of similarly situated persons.'" *Brown*, 22-cr-170, ECF No. 105 at 9 (quoting *United States v. Armstrong*, 517 U.S. 456, 470 (1996)). In reaching that result, Judge Kollar-Kotelly acknowledged the numerous courts, in this district, that have rejected Portland riots as suitable comparators. ECF 105 at 7. Additionally, Judge Kollar-Kotelly rejected the defendant's pro-Palestine comparators remarking, "the Court cannot conclude at this time that the pro-Palestine protests are similarly situated. . ." *Id*. at 9. Defendant Young's motion included more examples of Pro-Palestine and government building protests than Brown's motion but, as Judge Kollar-Kotelly noted, "the Capitol riot was 'the most significant assault on the Capitol since the War of 1812'" and therefore, such distinguishable and legitimate factors warrant different prosecutorial decisions. *Id*. (quoting *Trump v. Thompsons*, 20 F.4th 10, 18-19 (D.C. Cir. 2021).

                                                        Respectfully Submitted,

                                                        MATTHEW M. GRAVES
                                                        United States Attorney
                                                        D.C. Bar No. 481052

By:                  */s/ Rebekah E. Lederer*
                                                        Assistant United States Attorney
                                                        Pennsylvania State Bar No. 320922
                                                        601 D St., NW
                                                        Washington, D.C. 20530
                                                        (202) 252-7012
                                                        rebekah.lederer@usdoj.gov