CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

USA

vs.

CINDY YOUNG

Civil/Criminal No.: 23-cr-00241-TSC-GMH-1

### NOTE FROM JURY

Can we receive the stipulations agreed to by the parties?

Date: 8/9/2024

Time: 10:01 a.m.

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| USA | ) | |
|---|---|---|
| vs. | ) ) ) ) | Civil/Criminal No.: 23-cr-00241-TSC-GMH-1 |
| CINDY YOUNG | ) ) | |

## NOTE FROM JURY

Can we receive a definition of "Government business or official functions" as it appears in Elements Two and Three of Count Two?

Date: 8/9/2024

Time: 12:21 p.m.

FOREPERSON