UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:23-cr-241 (GMH) |
| CINDY YOUNG, | : |
| Defendant. | : |

## VERDICT OF THE JURY

We, the members of the jury, unanimously find the defendant **Cindy Young**:

__Guilty__
"Guilty" or "Not Guilty"

of the offense charged in Count 1 of the Information (Entering and Remaining in a Restricted Building or Grounds – 18 U.S.C. § 1752(a)(1))

__Guilty__
"Guilty" or "Not Guilty"

of the offense charged in Count 2 of the Information (Disorderly and Disruptive Conduct in a Restricted Building or Grounds – 18 U.S.C. § 1752(a)(2))

__Guilty__
"Guilty" or "Not Guilty"

of the offense charged in Count 3 of the Information (Disorderly Conduct in a Capitol Building or Grounds – 40 U.S.C. § 5104(e)(2)(D))

__Guilty__
"Guilty" or "Not Guilty"

of the offense charged in Count 4 of the Information (Parading, Demonstrating, or Picketing in a Capitol Building – 40 U.S.C. § 5104(e)(2)(G))

Signed this __9th__ day of __August__, 2024.

_____
Presiding Juror