Defense Exhibits — USA vs. Cindy Young 23-CR-241 (CGMH)

| # | Description | ID | Received in evidence | Witness | Sent to jury (date and time) |
|---|---|---|---|---|---|
| 1 | Government Montage Exhibit 101 | | X | Glavey | |
| 2 | Congressional Montage | | X | Lloyd | |
| 3 | Government Time Lapse 114 | | X | Lloyd | |
| 4 | Body camera of Bogner | | X | Lloyd | |
| 5 | Gov 421A | | X | Lloyd | |
| 6 | Garland email (IDENTIFICATION ONLY) | X | | | |
| 102 | 0176-BS-3538627_0000001 | | | | |
| 103 | 0176-BS-3538627_0000002 | | | | |
| 104 | 0176-BS-3538627_0000002_1A0000001_0000001 | | | | |
| 105 | 0176-BS-3538627_0000002_1A0000001_0000002 | | | | |
| 106 | 0176-BS-3538627_0000002_1A0000001_0000003 | | | | |
| 107 | 0176-BS-3538627_0000002_1A0000001_0000004 | | | | |
| 108 | 0176-BS-3538627_0000002_1A0000002_0000001 | | | | |
| 109 | 0176-BS-3538627_0000002_1A0000002_0000002 | | | | |
| 110 | 0176-BS-3538627_0000002_1A0000002_0000003 | | | | |
| 111 | 0176-BS-3538627_0000002_1A0000003_0000001 | | | | |
| 112 | 0176-BS-3538627_0000002_1A0000003_0000003 | | | | |
| 113 | 0176-BS-3538627_0000003 | | | | |
| 114 | 0176-BS-3538627_0000003_1A0000004_0000001 | | | | |
| 115 | 0176-BS-3538627_0000003_1A0000004_0000002 | | | | |
| 116 | 0176-BS-3538627_0000003_1A0000004_0000003 | | | | |
| 117 | 0176-BS-3538627_0000003_1A0000004_0000004 | | | | |
| 118 | 0176-BS-3538627_0000003_1A0000004_0000005 | | | | |
| 119 | 0176-BS-3538627_0000003_1A0000004_0000006 | | | | |
| 120 | 0176-BS-3538627_0000003_1A0000004_0000007 | | | | |
| 121 | 0176-BS-3538627_0000003_1A0000004_0000008 | | | | |
| 122 | 0176-BS-3538627_0000003_1A0000004_0000009 | | | | |
| 123 | 0176-BS-3538627_0000003_1A0000004_0000010 | | | | |
| 124 | 0176-BS-3538627_0000003_1A0000004_0000011 | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 31 | 125 | 0176-BS-3538627_0000003_1A0000004_0000012 | | | | |
| 32 | 126 | 0176-BS-3538627_0000003_1A0000004_0000013 | | | | |
| 33 | 127 | 0176-BS-3538627_0000003_1A0000004_0000014 | | | | |
| 34 | 128 | 0176-BS-3538627_0000003_1A0000004_0000015 | | | | |
| 35 | 129 | 0176-BS-3538627_0000003_1A0000004_0000016 | | | | |
| 36 | 130 | 0176-BS-3538627_0000003_1A0000004_0000017 | | | | |
| 37 | 131 | 0176-BS-3538627_0000003_1A0000004_0000018 | | | | |
| 38 | 132 | 0176-BS-3538627_0000003_1A0000004_0000019 | | | | |
| 39 | 133 | 0176-BS-3538627_0000004 | | | | |
| 40 | 134 | 0176-BS-3538627_0000005 | | | | |
| 41 | 135 | 0176-BS-3538627_0000005_1A0000001 | | | | |
| 42 | 136 | 0176-BS-3538627_0000006 | | | | |
| 43 | 137 | 0176-BS-3538627_0000007 | | | | |
| 44 | 138 | 0176-BS-3538627_0000007_1A0000001 | | | | |
| 45 | 139 | 0176-BS-3538627_0000007_1A0000002 | | | | |
| 46 | 140 | 0176-BS-3538627_0000008 | | | | |
| 47 | 141 | 0176-BS-3538627_0000008_1A0000001 | | | | |
| 48 | 142 | 0176-BS-3538627_0000008_1A0000002 | | | | |
| 49 | 143 | 0176-BS-3538627_0000008_1A0000003 | | | | |
| 50 | 144 | 0176-BS-3538627_0000008_1A0000004 | | | | |
| 51 | 145 | 0176-BS-3538627_0000008_1A0000005 | | | | |
| 52 | 146 | 0176-BS-3538627_0000008_1A0000006 | | | | |
| 53 | 147 | 0176-BS-3538627_0000008_1A0000007 | | | | |
| 54 | 148 | 0176-BS-3538627_0000009 | | | | |
| 55 | 149 | 0176-BS-3538627_0000010 | | | | |
| 56 | 150 | 0176-BS-3538627_0000010_1A0000001_Redacted | | | | |
| 57 | 151 | 0176-BS-3538627_0000011 | | | | |
| 58 | 152 | 0176-BS-3538627_0000012 | | | | |
| 59 | 153 | 0176-BS-3538627_0000012_1A0000001 | | | | |
| 60 | 154 | 0176-BS-3538627_0000012_1A0000002 | | | | |
| 61 | 155 | 0176-BS-3538627_0000012_1A0000012_0000001 | | | | |
| 62 | 156 | 0176-BS-3538627_0000012_1A0000012_0000002 | | | | |

Defense Exhibits — USA vs. Cindy Young — 23-CR-241 (GMH)

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 63 | 157 | 0176-BS-3538627_0000012_1A0000012_0000003 | | | | |
| 64 | 158 | 0176-BS-3538627_0000013 | | | | |
| 65 | 159 | 0176-BS-3538627_0000014 | | | | |
| 66 | 160 | 0176-BS-3538627_0000014_1A0000014_0000001 | | | | |
| 67 | 161 | 0176-BS-3538627_0000015 | | | | |
| 68 | 162 | 0176-BS-3538627_0000016 | | | | |
| 69 | 163 | 0176-BS-3538627_0000017 | | | | |
| 70 | 402 | MPD-005-00000032, CAPD_000003743 - Law Enforcement Person | 8/8/2024 | ✓ | David Summerall | |
| 71 | 403 | MPD-005-00000033, CAPD_000003744 - Law Enforcement Person | 8/8/2024 | ✓ | D.S. | |
| 72 | 404 | MPD-005-00000034, CAPD_000003745 - Law Enforcement Person | | | | |
| 73 | 405 | MPD-005-00000035, CAPD_000003746 - Law Enforcement Person | | | | |
| 74 | 406 | MPD-005-00000036, CAPD_000003747 - Law Enforcement Person | | | | |
| 75 | 503 | BWC Bogner | | | | |
| 76 | 504 | Picture of Capitol Police car | | | | |

Exhibit (7) – Identification Only – FBI Special Agent Matthew Giftos   8/8/2024

• Gov't's Exhibit 404 – David Summerall – 8/8/2024

Exhibit (8) – Identification Only – David Summerall – 8/8/2024