**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | ) |
| UNITED STATES, | ) |
| | ) |
| v. | ) Case No. 1:23-cr-241 |
| | ) |
| CINDY YOUNG | ) |
| *Defendant.* | ) |
| | ) |
| _____ | ) |

**UNOPPOSED MOTION TO RESET THE DATE FOR THE SENTENCING HEARING**
**AND TO EXTEND THE TIME TO FILE SENTENCING MEMORANDUM**

TO THE COURT:

Pursuant to the Court's scheduling order, the parties have until October 17, 2024, to file sentencing memorandum, and a sentencing hearing is scheduled for November 1, 2024.

The parties have met and conferred and respectfully ask that the Court extend the deadline for the parties to file sentencing memorandum until October 31, 2024, and to reset the hearing for November 14, 2024. Counsel for both parties are scheduled to appear for another trial in the afternoon of November 14, 2024, so the parties respectfully request that the sentencing hearing be scheduled on or before 9:30 AM on that day.

Dated: October 8, 2024

Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
Bar No. 0126
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com
Counsel for Cindy Young