# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | No. 23-cr-241 (GMH) |
| ) | |
| **CINDY YOUNG,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On August 9, 2024, a jury convicted Defendant Cindy Young of the four counts with which she was charged: (1) entering and remaining in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(1); (2) disorderly and disruptive conduct in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(2); (3) disorderly conduct in a Capitol building or grounds in violation of 40 U.S.C. § 5104(e)(2)(D); and (4) parading, demonstrating, or picketing in a Capitol building in violation of 40 U.S.C. § 5104(e)(2)(G).  At the close of the government's case, Defendant had moved for judgment of acquittal under Rule 29 of the Federal Rules of Criminal Procedure, reserving the right to expand on the motion after trial.  *See* ECF No. 85 at 202–03.  The Court denied the motion for the reasons stated by the government on the record in open court.  *See id.* at 203–06.  On August 23, 2024, Defendant filed a post-trial motion for judgment of acquittal, *see* ECF No. 82, which the government opposed, *see* ECF No. 89.  Defendant did not file a reply.

Having reviewed the motion, the opposition, and the record in this case, it is hereby

**ORDERED** that Defendant's motion is **DENIED** for the reasons stated by the government in its opposition to the motion made at the close of the government's case, *see* ECF No. 85 at 203–

06, and the reasons stated by the government in its opposition to defendant's post-trial motion, *see* ECF No. 89.

    **SO ORDERED.**

Date: October 24, 2024.

                                                      _____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE