UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v.           ) | 1:23-cr-241 |
| ) | |
| **YOUNG** ) | |
| ) | |

**DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING GOVERNMENT'S MOTION**

Defendant Cindy Young, by and through counsel, respectfully submits this Motion for Reconsideration of the Court's Minute Order Granting the Government's Motion for Miscellaneous Relief, ECF 97. Specifically, the Court ordered, based on the Government's request, that Ms. Young provides an accounting of her Give Send Go.

The idea that defendants should be penalized for raising money to pay for their legal and other expenses related to their criminal defense is unfair, unprecedented, and has not been applied in a wholesale manner to any other class of defendants. On June 1, 2020, while cities were literally on fire because of Black Lives Matter riots that sought to overturn the "system" because of accusations that the Government was systemically racist, then-Senator Kamala Harris tweeted to millions of followers, "If you're able to, chip in now to the @MNFreedomFund to help post bail for those protesting on the ground in Minnesota."



https://x.com/KamalaHarris/status/1267555018128965643?lang=en. The tweet is still on the Vice President's X page to this very day.

In its motion, the Government did not, and indeed cannot, cite another case of a misdemeanor defendant who was penalized for raising money to pay legal expenses or who was asked at sentencing to disclose how much money was raised. Other than a few January 6 cases where judges in this Court issued similar orders, the Government cites only a single case in support of its motion, *U.S. v. Gewin*, 471 F.3d 197, 198 (D.C. Cir. 2006). That case is completely irrelevant. In that case, Barry Gewin and several co-defendants were indicted on several felony counts, including conspiracy to commit securities and wire fraud in connection with a pump-and-dump stock trading scheme involving a fraudulent company called 2DoTrade.[1] The Defendant in that case allegedly illegally sold shares of stock for at least $1.8 million. He was convicted and sentenced to 108 months' imprisonment, ordered to pay $1,975,786 in restitution jointly and severally with his co-conspirators, and a $500,000 fine.

---

[1] https://www.sec.gov/enforcement-litigation/litigation-releases/lr-19635.

In that case, Gewin was not being punished for raising money to pay his legal expenses. The issue was the value of Gewin's assets and his ability to pay the restitution and fines imposed by the Court. Ms. Young was asked to provide the value of her assets, which is unusual in general for misdemeanor cases, if not entirely unique to January 6. She was forthright in her representation of her assets, and there is no accusation that she hasn't been. The Government is not suggesting that she has hidden money somewhere, nor is she being accused of raising money illegally, or of doing anything different from what Vice President Harris did for BLM protestors in 2020.

Gerwin was convicted of a financial crime where the value of his assets was directly related to the crime for which he was convicted. Here, Ms. Young's assets are completely unrelated to the misdemeanors. The Government is seeking to punish her financially because - January 6. It is highly unusual, if not unique, for a misdemeanor sentencing to include punishment for raising money for legal defenses and other costs associated with defending the charges.

This new rule is not only unique, it is also unjust. As it stands, the Government has an insurmountable advantage over any criminal defendant, and criminal defendants - even innocent ones - are routinely coerced into plea deals because they lack the resources to litigate against the Government machine.[2] This new January 6 rule will exacerbate this systemic problem with the Justice system. If the new January 6 jurisprudence becomes the law of the land, criminal defendants who lack the funds to fully litigate the charges against them are now on notice that if they raise money to hire lawyers but are ultimately unsuccessful at trial they risk being punished

---

[2] https://www.vera.org/news/how-the-criminal-legal-system-coerces-people-into-pleading-guilty; https://www.cato.org/commentary/prisons-are-packed-because-prosecutors-are-coercing-plea-deals-yes-its-totally-legal; https://www.americanbar.org/news/abanews/aba-news-archives/2023/02/plea-bargain-task-force/ .

and fined in the amounts raised. Preventing criminal defendants from raising money to hire attorneys will surely lead many to plead to charges that they otherwise would have contested.

The worst part is that January 6 defendants were not on notice of this new rule. It is well-known that VP Harris and others raised money for Black Lives Matter protestors. In 2020 it was widely reported that millions of dollars were raised for BLM protestors on twitter.[3] Ms. Young and others had every reason to believe that they were free to raise money for their defense without the risk that they would be penalized if convicted. Punishing her for raising money for her legal defense without notice offends due process.

For those reasons, Ms. Young respectfully requests that the Court reconsider its Order granting the Government's motion, or at least issue a reasoned opinion so that she can understand why she must provide an accounting of her Give Send Go, and she will promptly provide an accounting.

## CONCLUSION

WHEREFORE the Defendant, Cony Young, prays this Court will grant the relief sought herein.

DATED: November 1, 2024

                                          Respectfully submitted,

                                          <u>/s/ Jonathan Gross</u>
                                          Jonathan Gross
                                          Bar ID: MD0162
                                          2833 Smith Ave, Suite 331
                                          Baltimore, MD 21209
                                          (443) 813-0141
                                          jonathansgross@gmail.com

---

[3] https://www.cnbc.com/2020/06/02/twitter-users-raise-millions-for-bail-funds-for-george-floyd-protesters.html

**CERTIFICATE OF SERVICE**

I hereby certify on this 31 day of October 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Jonathan Gross

Jonathan Gross