

# State of New Hampshire

## HOUSE OF REPRESENTATIVES

### CONCORD

US District Court for the District of Columbia      October 27, 2024
USA v Cindy Young Case # 23-cr-241

Magistrate Judge Michael Harvey

Your Honor,

Thank you for receiving and reviewing our letter of support of Cindy Young. While we acknowledge the seriousness of the charges against Cindy, it is our hope and plea you will consider our first-hand knowledge of Cindy. We have known Cindy for many years while living and working in our small town. We have had the pleasure of witnessing her genuine character and the positive impact she's had on our community.

Cindy has always been someone who exemplifies honesty, integrity, and kindness that we have seen. She is a grandmother, a Native American, and small business owner. Her business sells crafts from all the indigenous folks she is connected to and her calming gentle demeanor is demonstrated to others on a daily basis.

We truly believe she never meant any antipathy or maliciousness toward our great country on January 6, 2021. We are certain she has learned from this and is committed to making better choices. For these reasons we decided to offer our unsolicited plea to the court.

Thank you for your consideration of our support for Cindy Young. Again, she has learned during this and it has had a profound effect on her life. We urge you to take into account Cindys' positive attributes and the potential for her rehabilitation during this sentencing period. It's time to move our country ahead and put this reproach on America behind us.

TDD Access: Relay NH 1-800-735-2964

We pray mercy and leniency of the court during sentencing of our neighbor and constituent Cindy Young.

As members of the New Hampshire House of Representatives and servants of the citizens of New Hampshire we thank you for your time in addressing this plea.

Respectfully,

*[signatures]*

Rep. John Sellers and Rep. Carroll Brown

NH House of Representatives – Grafton Districts 18 and 10

Bristol, NH