UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Crim. No. 23-cr-241 (GMH) |
| CINDY YOUNG, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

Pursuant to this Court's November 1, 2024 Order (ECF No. 100), the United States of America and Counsel for Ms. Young ("the Parties"), respectfully submit this joint status report. The parties have met, conferred, and were unable to agree on a solution. The government agrees with the Court's denial of Defendant's motion to unseal ECF No. 63 and 64. ECF No. 100 at 2. The Defendant disagrees with the Court's denial and would like to pursue the issue, to include additional possible briefing. To the extend the Parties have misread the Court's Order (ECF No. 100), the Parties will be prepared to discuss ECF No. 100 at the November 21, 2024 sentencing hearing.

Respectfully submitted,

/s/ Jonathan Gross
Counsel for Cindy Young
Bar ID: MD 0162
2833 Smith Ave., Suite 331
Baltimore, Maryland 21209
(443) 813-0141
jonathansgross@gmail.com

/s/ Rebekah E. Lederer
Assistant United States Attorney
Pennsylvania State Bar No. 320922
601 D St., NW
Washington, D.C. 20530
(202) 252-7012
rebekah.lederer@usdoj.gov

/s/ Pavan S. Krishnamurthy
Assistant United States Attorney
D.C. Bar No. 252831
601 D Street NW
Washington, DC 20001
(202) 252-7862
pavan.krishnamurthy@usdoj.gov