**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
| --- | --- |
| **UNITED STATES** | ) |
| | ) |
| v. | )   1:23-cr-241 |
| | ) |
| **YOUNG** | ) |
| | ) |

**DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM**

Defendant Cindy Young, by and through counsel, respectfully submits this supplement to its sentencing memorandum based on a new sentencing that occurred on November 20, 2024, and says as follows:

Judge Nichols just sentenced Mark Sahady, Case No. 1:21-cr-134, to 5 months incarceration. According to Judge Nichols, Mr. Sahady received such a harsh sentence because he was among the leaders of the buses from New England. Ms. Young was on those buses. Also, the Government submitted evidence at trial in the form of text messages from days leading up to January 6, that Judge Nichols found to show that Mr. Sahady anticipated that there was a possibility that violence would break out on January 6, and yet he still chose to enter the building. There was also video evidence which Judge Nichols found to show Mr. Sahady encouraging others to enter the building. Neither of those facts exist in Ms. Young's case. For those reasons, Judge Nichols, who expressed that he has sentenced a large number of January 6 defendants to date, considered Mr. Sahady to be above average in severity with respect to the large number of misdemeanor defendants from January 6. So he sentenced him to a harsher sentence than he would have otherwise.

Ms. Young is distinguishable from Mr. Sahady as she was not the leader of the buses but just a passenger. There is no evidence that she anticipated violence. The worst that the

Government produced at trial is that she was on TV saying "we are at a crossroads" and she wanted to have her "voice heard." Judge Nichols is not a newcomer to January 6 cases. If Mr. Sahady was sentenced to 5 months and he was above the average in severity, Ms. Young should be sentenced to a lesser term of incarceration.

DATED: November 20, 2024

Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
Bar ID: MD0162
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on November 20, 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Jonathan Gross

Jonathan Gross