UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | 1:23-cr-241 |
| | ) | |
| **YOUNG** | ) | |
| | ) | |

## NOTICE OF FILING RECOMMENDING A FACILITY

This filing is to request that the Court recommend in its judgment that BOP assign Cindy Young to FCI Danbury minimum security satellite camp. It is an appropriate institution given Ms. Young's age of 67 and it is around 200 miles from her residence.

DATED: November 22, 2024

Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
Bar ID: MD0162
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on November 22, 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Jonathan Gross

Jonathan Gross