**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Case No. 1:23-cv-241 |
| ) | |
| **YOUNG** ) | |
| ) | |
| ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Cindy Young, by and through counsel, hereby requests that the Court modify her conditions of release to allow her to travel to Washington, D.C. on January 20, 2025, to attend the inauguration ceremony of President Trump. For well over a year she has complied with her conditions of release. She poses no threat of danger to the community and she is not a risk of flight. She was allowed to travel several times to Washington, D.C., including to the Capitol building while preparing for trial and there were no incidents. She was in Washington, D.C. for her trial every day for a week and there were no incidents.

For those reasons, Ms. Young respectfully requests that she be allowed to travel to Washington, D.C. to attend the inauguration of President Trump.

Dated: December 11, 2024,                                  Respectfully submitted

/s/ Jonathan Gross
Jonathan Gross
Bar ID MD0162
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com
Counsel for Cindy Young

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

December 11, 2024.

/s/ Jonathan Gross