UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CINDY YOUNG,<br><br>    Defendant. | Case No. 23-cr-241 (GMH) |

**UNITED STATES' RESPONSE TO THE COURT'S ORDER AND DEFENDANT'S MOTION TO VACATE SURRENDER DATE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's order and the Defendant's Motion to Vacate Surrender Date (ECF No. 118).

On January 20, 2025, an Executive Order Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, was signed by the President of the United States. On January 22, 2025, the Defendant filed a motion to vacate her surrender date without asking the government's position. The government does not oppose the Defendant's request as the Executive Order specifically pardons the Defendant's conduct from January 6, 2021, which was the basis for her conviction.

This Court has the authority to vacate a surrender date and delay reporting. *See United States v. Christopher Price*, 21-cr-719 (JEB) Minute Order Feb. 29, 2024 (delaying a surrender indefinitely due to health concerns). The Defendant should receive her warrant of pardon from the Office of the Pardon Attorney, which can then be provided to the Bureau of Prisons as needed.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

1

_/s/ Rebekah E. Lederer_
Assistant United States Attorney
Pennsylvania State Bar No. 320922
601 D St., NW
Washington, D.C. 20530
(202) 252-7012
rebekah.lederer@usdoj.gov
