UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 23-cr-241 (GMH) |
| CINDY YOUNG, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Defendant has filed a motion to vacate her surrender date, scheduled for January 27, 2025, in light of the Executive Order dated January 20, 2025, which granted pardons to individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021. *See* ECF No. 118. The government does not oppose the motion. Accordingly, it is hereby

**ORDERED** that Defendant need not surrender to the Bureau of Prisons to serve the sentence imposed by the Judgment in this case dated December 11, 2024. *See* ECF No. 113.

**SO ORDERED.**

Date: January 23, 2025.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE