# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Cindy L. Young, Defendant,

v. Case No. **1:23-cr-00241**

UNITED STATES OF AMERICA, Plaintiff.

## MOTION FOR RELIEF BASED ON JUROR MISCONDUCT AND VIOLATION OF THE SIXTH AMENDMENT RIGHT TO AN IMPARTIAL JURY

COMES NOW the Defendant, Cindy Lou Young, pro se or by counsel, and respectfully moves this Court for relief from judgment pursuant to Federal Rule of Criminal Procedure 33 or other applicable authority, and in support thereof states as follows:

1. The Defendant was tried and convicted by a jury in August 2024 on four counts related to the events of January 6, 2021.
2. Juror #0374, ███████ served as a juror and was selected as the **foreperson** of the jury.
3. During voir dire, Juror ███████ **failed to respond to Question #30**, which asked:

    "Do you have strong feelings or opinions about former President Donald Trump or people who support him, whether positive or negative, that would make it difficult for you to serve as a fair and impartial juror in this case?"

4. Had Juror ███████ answered truthfully, he would have revealed that he had previously worked for the ███████████████ and was involved in anti-Trump messaging, as evidenced by documented communications and public records.
5. This omission deprived the defense of the opportunity to challenge the juror for cause or use a peremptory strike, and allowed a materially biased individual to become the jury foreperson.
6. The participation of a biased juror, particularly one with professional experience opposing the political identity central to the case, constitutes **juror misconduct** and a **violation of the Sixth Amendment**.
7. The Defendant received a **presidential pardon in 2025**, but the conviction remains on the record and continues to produce collateral consequences.

WHEREFORE, the Defendant respectfully requests that the Court grant relief from the judgment, vacate the conviction, or in the alternative, order a new trial.

Respectfully submitted,

Cindy Lou Young

*Cindy L. Young*

20 Central Street, Unit 1
(603)630-3195
clyoung@breezeline.net

07/29/25