# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.              Criminal Case No. 1:23-cr-241 (GMH)

CINDY YOUNG,
    Defendant.

_____/

## MOTION TO UNSEAL THE NAME OF THE PRESIDING JUROR OR TO OBTAIN AN UNREDACTED VERDICT FORM FOR PURPOSES OF POST-CONVICTION RELIEF UNDER RULE 33 AND 28 U.S.C. § 2255

Defendant Cindy Young, proceeding pro se, respectfully moves this Court to unseal the name of the presiding juror, or alternatively, to provide a copy of the unredacted jury verdict form in this matter, filed on August 9, 2024 (ECF No. 74), for the limited purpose of pursuing post-conviction relief.

In support of this motion, Defendant states as follows:

1. On August 9, 2024, the jury in this matter returned a unanimous guilty verdict on all counts.

2. The publicly filed verdict form (ECF No. 74) has the signature line for the presiding juror redacted.

3. Defendant has discovered newly available evidence suggesting that a specific individual—[REDACTED]—may have served as the presiding juror in this case, and that he failed to disclose relevant ideological or political bias during voir dire.

4. ███████ is believed to have published or publicly shared material strongly expressing political views highly relevant to the issues at trial, raising serious questions of juror bias, misconduct, and a possible violation of the Defendant's Sixth Amendment right to an impartial jury.

5. In order to file an accurate and well-supported motion for a new trial under Federal Rule of Criminal Procedure 33 and/or a habeas petition under 28 U.S.C. § 2255, Defendant respectfully requests access to the full name of the presiding juror to confirm this individual's identity and potential misconduct.

6. The requested information is necessary to establish a factual basis for post-conviction relief and would not be used for any improper purpose. Defendant agrees that any disclosure may be limited by protective order if deemed appropriate.

WHEREFORE, Defendant respectfully requests that the Court:

a. Unseal the name of the presiding juror on the verdict form (ECF No. 74); or

b. Provide a copy of the unredacted version of the verdict form to Defendant for use in pursuing post-conviction relief; and

c. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: July 30, 2025

*Cindy Lou Young*

Cindy Young

Pro Se Defendant

20 Central Street, Unit 1

Bristol, NH. 03222