UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America
v.
Cindy L. Young
Criminal Case No. 1:23-cr-00241

## MOTION FOR LEAVE OF COURT TO FILE CONFIDENTIAL BAR COMPLAINT CONCERNING JUROR MISCONDUCT (JUROR 0374)

COMES NOW the Defendant, Cindy L. Young, appearing pro se, and respectfully moves this Honorable Court for leave to file a confidential bar complaint concerning potential juror misconduct by Juror 0374. This motion is submitted out of an abundance of caution and in deference to Local Criminal Rule 24.1, which governs communications with jurors following a criminal trial.

During voir dire, Juror 0374 failed to disclose material information under oath, specifically providing no answer to Question 30: 'Do you have strong feelings or opinions about former President Donald Trump or people who support him, whether positive or negative, that would make it difficult for you to serve as a fair and impartial juror in this case?' This omission raises serious concerns regarding impartiality and honesty during jury selection.

The Defendant seeks to report this matter confidentially to the appropriate licensing authority, namely the State Bar of Texas, as permitted under its professional conduct rules. The filing of such a complaint is a private matter and is not publicized. The Defendant has not, and will not, contact the juror directly or engage in any conduct that would constitute harassment, investigation, or unauthorized communication in violation of Local Criminal Rule 24.1 or 24.2.

Courts have recognized that confidential communications with licensing boards for the purpose of reporting misconduct are not barred by rules intended to protect jurors from public pressure or harassment. The Defendant merely seeks to preserve the integrity of the judicial process and to report what she believes is a breach of ethical responsibility.

WHEREFORE, the Defendant respectfully requests that this Court grant leave to file a confidential bar complaint regarding Juror 0374, or in the alternative, issue an order clarifying that such action does not constitute a violation of Local Criminal Rule 24.1.

Respectfully submitted,

Cindy L. Young

Cindy L. Young

20 Central Street

Bristol, NH 03222