## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**United States of America**
**v.**
**Cindy L. Young**
Criminal Case No. 1:23-cr-00241

### PROPOSED ORDER

Upon consideration of the Defendant's pro se Motion for Leave to File a Confidential Bar Complaint Concerning Juror Misconduct, and the entire record herein, it is hereby:

ORDERED, that the motion is GRANTED. The Defendant is granted leave to file a confidential bar complaint regarding Juror 0374.

SO ORDERED.


_____

G. Michael Harvey
United States Magistrate Judge


Dated: _____