# DEFENDANT'S NOTICE REGARDING OATH OF OFFICE REQUEST AND AUGUST 14, 2025 MINUTE ORDER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,
   v.
Cindy L. Young, Defendant.

Case No. 1:23-cr-00241

Defendant, Cindy L. Young, respectfully submits this Notice to clarify the circumstances surrounding her request for a copy of Magistrate Judge G. Michael Harvey's signed oath of office and the subsequent August 14, 2025 Minute Order.

1. On or about August 12, 2025, Defendant contacted the Records Department of the United States District Court for the District of Columbia seeking a certified copy of the signed oath of office for Magistrate Judge G. Michael Harvey.

2. On August 12, 2025, the Records Department responded in writing that they do not provide this document and explicitly instructed Defendant to "reach out to the Judge's Chambers" to obtain the requested information. A true and correct copy of this email is attached hereto as Exhibit A.

3. In compliance with this direct instruction from the Records Department, Defendant contacted Judge Harvey's Chambers.

4. On August 14, 2025, the Court issued a Minute Order (ECF No. 141) denying Defendant's request and admonishing Defendant for contacting the Court, stating that email contact with the Court should be reserved for emergencies and that the parties should not contact the Court ex parte.

5. Defendant wishes to preserve the record that this contact occurred only after and because of written instruction from the Court's own Records Department, as documented in Exhibit A.

6. This Notice is submitted solely to ensure the record accurately reflects that Defendant acted in good faith and in reliance upon the official written guidance provided by the Court's Records Department.

WHEREFORE, Defendant respectfully requests that the Court take notice of the facts herein and th

2025 Minute Order to reflect that Defendant's contact with Chambers was made in compliance with official court direction.

Respectfully submitted,

*Cindy L Young*

Cindy L. Young
Pro Se Defendant
20 Central Street
Bristol, NH 03222
(603) 630-3195
clyoung@breezeline.net

Dated: August 14, 2025

e attached Exhibit A, and to the extent necessary, clarify or amend the August 14,

# Exhibit A

Email from U.S. District Court Records Department, dated August 12, 2025.

