UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :  Criminal Case No. 23 CR 241 (GMH) |
| | : |
| CINDY YOUNG, | : |
| | : |
| **Defendant.** | : |

**GOVERNMENT'S MOTION FOR EXTENSION OF
TIME FOR PROPOSED REDACTIONS FOR ECF
136**

The Government moves this Honorable Court for an extension of time for proposed redactions for ECF 136. On August 14, 2025, this Court ordered the parties to file proposed redactions for ECF 136 within seven days from the filing of its order. ECF 143. The undersigned has conferred with the *pro se* defendant who represented that she does not have a copy of ECF 136. The undersigned does not have access to ECF 136 either and therefore, cannot make any proposed redactions.[1] Therefore, the Government is requesting a copy of ECF 136 from this Court in order to make proposed redactions. Furthermore, the Government is requesting that the proposed redactions for ECF 136 be due within seven days from the receipt of the document.

The *pro se* defendant objects to the extension of time.

Respectfully Submitted,

JEANINE PIRRO
United States Attorney

---

[1] On August 14, 2025, the undersigned did email the clerk's office in order to obtain sealed documents related to this case but was directed to file a motion with the Court.

1

KACIE WESTON
Chief, Special Proceedings
Division
MD Bar

BY:      /s/ Shehzad Akhtar
    SHEHZAD AKHTAR
    D.C. Bar No. 493635
    Assistant United States Attorneys
    United States Attorney's Office
    601 D Street, N.W.
    Washington, D.C. 20530
    Telephone: (202) 252-7498
    E-mail: Shehzad.Akhtar@usdoj.gov

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defendant, via the electronic case filing system and her email this 21st day of August, 2025.

/s/
SHEHZAD AKHTAR
Assistant United States Attorney