UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,
    Plaintiff,

v.

Cindy L. Young,
    Defendant.

Crim. No. 1:23-cr-00241

### DEFENDANT'S NOTICE AND REQUEST FOR CLARIFICATION REGARDING ECF 136

Defendant Cindy L. Young, pro se, respectfully submits this Notice concerning ECF 136.

1. The government has requested that Defendant provide proposed redactions to ECF 136 by August 21, 2025.
2. Defendant does not have access to ECF 136 because it is sealed, and it does not appear on the public docket in a way that allows identification of the filing.
3. Without access to the filing itself, Defendant cannot determine which document ECF 136 refers to, nor can she propose redactions.
4. It is unclear whether ECF 136 is encompassed within Judge Harvey's sealing/redaction order.
5. Defendant respectfully requests clarification as to whether ECF 136 is subject to redaction review, and, if so, that Defendant be provided access sufficient to propose redactions.
6. Until such clarification and access are granted, Defendant preserves her objection to any redactions of ECF 136.

### Relief Requested

Defendant respectfully requests that the Court:

- Clarify whether ECF 136 is subject to proposed redactions under Judge Harvey's order;
- If so, provide Defendant access to ECF 136 sufficient to propose redactions; and
- Preserve Defendant's objection to any redactions imposed without her review or input.

Respectfully submitted,

*Cindy L Young*