# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>v.  )<br>)<br>**CINDY YOUNG,**  )<br>)<br>**Defendant.**  )<br>) | No. 23-cr-241 (GMH) |

## ORDER

For the reasons set out in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's motion to vacate her conviction pursuant to Rule 33 of the Federal Rules of Criminal Procedure, ECF No. 126, is **DENIED**. It is further

**ORDERED** that Defendant's motion to unseal the name of the presiding juror or to obtain an unredacted verdict form, ECF No. 127, is **DENIED**. It is further

**ORDERED** that Defendant's motion to file a bar complaint, ECF No. 134, is **GRANTED** *nunc pro tunc*. It is further

**ORDERED** that Defendant's request to unseal the documents found at ECF No. 63 and ECF No. 64, *see* ECF No. 138, is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** that, on or before October 9, 2025, the government shall file a copy of ECF No. 64 with its proposed redaction on the public docket.

This is a final, appealable Order.

**SO ORDERED.**

Date: October 2, 2025

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE