UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )<br>)<br>CINDY YOUNG,                              )<br>)<br>Defendant.                     )<br>) | No. 23-cr-241 (GMH) |

### ORDER

As noted in the accompanying Memorandum Opinion, ECF No. 170, the Clerk of Court is respectfully directed to send a copy of the Memorandum Opinion along with this Order to the address of record of Juror No. 0374 in the above-referenced case.

**SO ORDERED.**

Date: October 2, 2025

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE