## United States District Court

## for the District of Columbia

United States of America,

Plaintiff,


v.


Cindy Lou Young,

Defendant.


Case No. 23-cr-241 (GMH)


## NOTICE OF APPEAL

Notice is hereby given that Defendant, Cindy Lou Young, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order entered on October 2, 2025 (ECF No. 170), which denied Appellant's Rule 33 motions, denied her Brady claim, denied her motion to unseal the jury foreperson's identity and verdict form,

and imposed restrictions concerning juror-related filings.

Respectfully submitted,

*Cindy Lou Young*

/s/ Cindy Lou Young

Cindy Lou Young, pro se