UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-241 (GMH) |
| : | |
| CINDY YOUNG, : | |
| : | |
| Defendant. : | |

**UNITED STATES' RESPONSE TO THE COURT'S SHOW CAUSE ORDER**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this response to this Court's January 29, 2026, minute order. After reviewing the August 1, 2024, transcript that was provided by the Court, the government has no objection to the August 1, 2024, transcript being completely unsealed.[1]

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

KACIE WESTON
Chief, Special Proceedings Division
MD Bar

THOMAS STUTSMAN
Deputy Chief, Special Proceedings Division
MN Bar

---

[1] If the Court requires additional analysis under the *Hubbard* factors the government can supplement this filing.

2

/s/ Shehzad Akhtar
SHEHZAD AKHTAR
Assistant United States Attorney
D.C. Bar 493635
Special Proceedings Division
601 D Street NW
Washington, D.C. 20530
(202) 252-7498
Shehzad.Akhtar@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that I caused service of the foregoing to be made by emailing the pro se defendant and via PACER.


/s/ Shehzad Akhtar
SHEHZAD AKHTAR
Assistant United States Attorney