# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America
v.
Cindy Young
Case No. 1:23-cr-00241

# NOTICE OF CLARIFICATION AND RENEWED REQUEST FOR ACCESS TO SEALED TRANSCRIPT

Defendant Cindy Young respectfully submits this Notice to clarify her prior filing regarding the sealed portion of the trial transcript.

In her prior request, Defendant referenced page 789 of the transcript. That citation reflected cumulative pagination from a consolidated transcript file provided to Defendant covering multiple trial days.

The relevant portion appears in **ECF No. 86 (Trial Proceedings held August 8, 2024)** at **page 14 of 211, lines 11–17**, during which the Court sealed the courtroom for discussion of Defendant's motion for mistrial.

Defendant respectfully requests clarification as to whether a sealed transcript exists for that colloquy and, if so, requests access to the sealed portion.

Defendant apologizes for the inadvertent misidentification of the pagination in her prior filing.

Respectfully submitted,

Cindy Young
Cindy Young