# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Clifton B. Cislak
Clerk

General Information
(202) 216-7000

September 16, 2026

Re: 25-3103 USA v. Cindy Young

Dear Clerk of Court:

Pursuant to the order of this court filed September 16, 2026, a copy of which is enclosed, we are transmitting forthwith the court's original file in electronic format. The following motions remain pending: motions to correct or supplement the record filed 01/31/2026 & 02/10/2026 and the motion to dismiss filed 05/04/2026.

Please acknowledge receipt of the transferred file by sending a confirmation email to dcnoa@cadc.uscourts.gov.

Sincerely yours,

BY: /s/
Selena R. Gancasz
Deputy Clerk

Enclosures