**General Docket**

**United States Court of Appeals for District of Columbia Circuit**

**Court of Appeals Docket #:** 25−3103
USA v. Cindy Young
**Appeal From:** United States District Court for the District of Columbia
**Fee Status:** Fee Paid

**Docketed:** 10/15/2025
**Termed:** 09/16/2026

**Case Type Information:**
**1)** Criminal
**2)** Post−Conviction
**3)**

**Originating Court Information:**
**District:** 0090−1 : 1:23−cr−00241−TSC−GMH−1
**Lead:** 1:23−cr−00241−TSC−GMH−1
**Court Reporter:** Janice Dickman, Court Reporter
**Court Reporter:** FTR Gold Reporting, Court Reporter
**Court Reporter:** Jeff Hook, Court Reporter
**Court Reporter:** Lisa Moreira, Court Reporter
**Court Reporter:** Sonja Reeves, Court Reporter
**Court Reporter:** Bryan Wayne
**Trial Judge:** Tanya S. Chutkan, U.S. District Judge
**Date Filed:** 07/24/2023

| **Date Order/Judgment:** | **Date NOA Filed:** |
|---|---|
| 10/02/2025 | 10/07/2025 |

**Current Cases:**
None

**Panel Assignment:** Not available

| | | |
|---|---|---|
| United States of America | Plaintiff − Appellee | Mary Fleming<br>Direct: 202−252−2439<br>Email: mary.fleming@usdoj.gov<br>[COR LD NTC Gvt US Attorney]<br>U.S. Attorney's Office<br>(USA)<br>Room 6.1503<br>Firm: 202−252−7566<br>601 D Street, NW<br>Washington, DC 20530<br><br>Chrisellen Rebecca Kolb, Assistant U.S. Attorney<br>Direct: 202−252−6833<br>Email: Chrisellen.R.Kolb@usdoj.gov<br>[COR LD NTC Gvt US Attorney]<br>U.S. Attorney's Office<br>(USA) Appellate Division<br>Room 8104<br>Firm: 202−252−6829<br>601 D Street, NW<br>Washington, DC 20530<br><br>USAO Appellate Counsel<br>Email: USADC.ECFAppellate@usdoj.gov<br>[NTC −]<br>U.S. Attorney's Office<br>(USA) Appellate Division<br>Firm: 202−252−6829<br>601 D Street, NW<br>Washington, DC 20530 |
| v. | | |
| Cindy Young | Defendant − Appellant | Cindy Young<br>Direct: 603−630−3195<br>Email: clyoung@breezeline.net<br>[NTC Pro Se]<br>Firm: 603−630−3195<br>20 Central Street, Unit 1<br>Unit 1<br>Bristol, NH 03222 |

United States of America,

Plaintiff − Appellee

v.

Cindy Young,

Defendant − Appellant

| | |
|---|---|
| 10/15/2025 | CRIMINAL CASE docketed. [25−3103] [Entered: 10/15/2025 09:23 AM] |
| 10/15/2025 | NOTICE OF APPEAL [2140209] seeking review of a decision by the U.S. District Court in 1:23−cr−00241−TSC−GMH−1 filed by Cindy Young. Appeal assigned USCA Case Number: 25−3103. [25−3103] [Entered: 10/15/2025 09:29 AM] |
| 10/15/2025 | CLERK'S ORDER [2140241] filed directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed in forma pauperis in district court due 11/14/2025. Failure to respond shall result in dismissal of the case for lack of prosecution [25−3103] [Entered: 10/15/2025 10:51 AM] |
| 10/15/2025 | CLERK'S ORDER [2140253] filed directing party to file initial submissions: APPELLANT transcript status report due 10/30/2025. APPELLANT docketing statement due 11/14/2025. APPELLANT certificate as to parties due 11/14/2025. APPELLANT statement of issues due 11/14/2025. APPELLANT entry of appearance due 11/14/2025. APPELLANT procedural motions due 11/14/2025. APPELLANT dispositive motions due 12/01/2025; directing party to file initial submissions: APPELLEE procedural motions due 11/14/2025. APPELLEE dispositive motions due 12/01/2025. Failure to respond shall result in dismissal of the case for lack of prosecution [25−3103] [Entered: 10/15/2025 10:59 AM] |
| 10/17/2025 | NOTICE [2140855] received from the Clerk of the U.S. District Court for payment of docketing fee [Case Number 25−3103: Fee Paid] [25−3103] [Entered: 10/17/2025 12:57 PM] |
| 10/27/2025 | MOTION [2142672] to permit pro se electronic filing status filed by Cindy Young (Service Date: 10/29/2025 by Clerk, US Mail) Length Certification: 5 Pages. [25−3103] [Entered: 10/29/2025 08:42 AM] |
| 11/03/2025 | DOCKETING STATEMENT [2143860] filed by Cindy Young [Service Date: 11/05/2025 ] [25−3103] [Entered: 11/05/2025 09:09 AM] |
| 11/03/2025 | TRANSCRIPT STATUS REPORT [2144448] filed by Cindy Young [Service Date: 11/07/2025 ]. Status of Transcripts: transcripts needed for the appeal have been ordered, but not all transcripts have been received. Next APPELLANT transcript status report due 11/18/2025. [25−3103] [Entered: 11/07/2025 03:43 PM] |
| 11/10/2025 | CLERK'S ORDER [2144633] filed granting motion to permit pro se electronic filing [2142672−2] [25−3103] [Entered: 11/10/2025 02:56 PM] |
| 11/18/2025 | TRANSCRIPT STATUS REPORT [2145936] filed by Ms. Cindy Young [Service Date: 11/18/2025 ]. Status of Transcripts: transcripts needed for the appeal have been ordered, but not all transcripts have been received. Next APPELLANT transcript status report due 12/03/2025. [25−3103] (Young, Cindy) [Entered: 11/18/2025 01:21 PM] |
| 11/22/2025 | CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES [2146739] filed by Ms. Cindy Young [Service Date: 11/22/2025 ] [25−3103] (Young, Cindy) [Entered: 11/22/2025 01:48 PM] |
| 12/08/2025 | TRANSCRIPT STATUS REPORT [2149310] filed by Ms. Cindy Young [Service Date: 12/08/2025 ]. Status of Transcripts: transcripts needed for the appeal have been ordered, but not all transcripts have been received. Next APPELLANT transcript status report due 12/23/2025. [25−3103] (Young, Cindy) [Entered: 12/08/2025 04:05 PM] |
| 12/30/2025 | TRANSCRIPT STATUS REPORT [2152262] filed by Ms. Cindy Young [Service Date: 12/30/2025 ]. Status of Transcripts: transcripts needed for the appeal have been ordered, but not all transcripts have been received. Next APPELLANT transcript status report due 01/14/2026. [25−3103] (Young, Cindy) [Entered: 12/30/2025 12:56 PM] |

| | | |
|---|---|---|
| 01/15/2026 | | TRANSCRIPT STATUS REPORT [2154316] filed by Ms. Cindy Young [Service Date: 01/15/2026 ]. Status of Transcripts: transcripts needed for the appeal have been ordered, but not all transcripts have been received. Next APPELLANT transcript status report due 01/30/2026. [25−3103] (Young, Cindy) [Entered: 01/15/2026 07:16 AM] |
| 01/28/2026 | | TRANSCRIPT STATUS REPORT [2156426] filed by Ms. Cindy Young [Service Date: 01/28/2026 ]. Status of Transcripts: Final − All transcripts needed for the appeal have been completed and received. [25−3103] (Young, Cindy) [Entered: 01/28/2026 07:07 PM] |
| 01/29/2026 | | LETTER [2156575] regarding request − Notice of Supplemental Authority pursuant to FRAP 28(j). No relief is requested. filed by Ms. Cindy Young [Service Date: 01/29/2026 ] [25−3103] (Young, Cindy) [Entered: 01/29/2026 05:22 PM] |
| 01/30/2026 | | CLERK'S ORDER [2156651] filed setting briefing schedule: APPELLANT Brief due 03/23/2026. APPENDIX due 03/23/2026. APPELLEE Brief due on 04/22/2026. APPELLANT Reply Brief due 05/13/2026, Failure to respond shall result in dismissal of the case for lack of prosecution [25−3103] [Entered: 01/30/2026 10:31 AM] |
| 01/31/2026 | | MOTION [2156812] to correct or supplement the record filed by Ms. Cindy Young (Service Date: 01/31/2026 by CM/ECF NDA) Length Certification: 1 page. [25−3103]−−[Edited 02/02/2026 by SHA−Document Type Modified by the Clerk's Office] (Young, Cindy) [Entered: 01/31/2026 10:01 AM] |
| 02/10/2026 | | MOTION [2158443] to correct or supplement record filed by Ms. Cindy Young (Service Date: 02/10/2026 by CM/ECF NDA) Length Certification: 2 Pages. [25−3103]−−[Edited 02/12/2026 by EBL−−Modified Event] (Young, Cindy) [Entered: 02/10/2026 04:35 PM] |
| 03/15/2026 | | APPELLANT BRIEF [2163624] filed by Ms. Cindy Young [Service Date: 03/15/2026 ] Length of Brief: 4631. [25−3103] (Young, Cindy) [Entered: 03/15/2026 07:35 AM] |
| 03/19/2026 | | APPENDIX [2164491] filed by Ms. Cindy Young. [Volumes: 1] [Service Date:03/19/2026 ] [25−3103]−−[Edited 03/19/2026 by SHA] (Young, Cindy) [Entered: 03/19/2026 02:55 PM] |
| 04/14/2026 | | ENTRY OF APPEARANCE [2168673] filed by Mary C. Fleming on behalf of Appellee USA. [25−3103] (Fleming, Mary) [Entered: 04/14/2026 04:47 PM] |
| 04/14/2026 | | UNOPPOSED MOTION [2168675] to extend time to file brief to 05/22/2026 filed by USA [Service Date: 04/14/2026 ] Length Certification: 142 words. [25−3103] (Fleming, Mary) [Entered: 04/14/2026 04:49 PM] |
| 04/14/2026 | | NOTICE [2168680] Notice of Supplemental Authority (Fed. R. App. P. 28(j)) filed by Ms. Cindy Young [Service Date: 04/14/2026 ] [25−3103] (Young, Cindy) [Entered: 04/14/2026 05:57 PM] |
| 04/16/2026 | | CLERK'S ORDER [2169050] filed granting motion to extend time [2168675−2]; extending Clerk order [2156651−4], setting briefing schedule: APPELLEE Brief due 05/22/2026. APPELLANT Reply Brief due 06/12/2026 [25−3103] [Entered: 04/16/2026 03:41 PM] |
| 05/04/2026 | | MOTION [2171655] for leave to file motion, to suspend briefing schedule filed by USA (Service Date: 05/04/2026 by CM/ECF NDA) Length Certification: 890 words. [25−3103] (Fleming, Mary) [Entered: 05/04/2026 12:24 PM] |
| 05/04/2026 | | MOTION [2171657] to dismiss case as moot lodged by USA (Service Date: 05/04/2026 by CM/ECF NDA) Length Certification: 1,833 words. [25−3103]−−[Edited 05/04/2026 by EBL−−Modified from Filed to Lodged] (Fleming, Mary) [Entered: 05/04/2026 12:27 PM] |
| 05/04/2026 | | RESPONSE IN OPPOSITION [2171680] to motion to dismiss case as moot [2171657−2] filed by Ms. Cindy Young [Service Date: 05/04/2026 by CM/ECF NDA] Length Certification: 623. [25−3103] (Young, Cindy) [Entered: 05/04/2026 01:22 PM] |

| | |
|---|---|
| 05/11/2026 | REPLY [2172705] filed by USA to response [2171680−2] [Service Date: 05/11/2026 by CM/ECF NDA] Length Certification: 1,548 words. [25−3103] (Fleming, Mary) [Entered: 05/11/2026 11:51 AM] |
| 05/15/2026 | CLERK'S ORDER [2173540] filed granting motion for leave to file motion [2171655−2]; granting motion to suspend briefing schedule [2171655−3]; suspending Clerk order [2169050−3] [25−3103] [Entered: 05/15/2026 10:00 AM] |
| 05/15/2026 | PER ABOVE ORDER lodged motion to dismiss case as moot [2171657−2] is filed [25−3103] [Entered: 05/15/2026 10:11 AM] |
| 07/09/2026 | PER CURIAM ORDER [2182404] filed ORDERED, on the court's own motion, that appellant show cause within 30 days of the date of this order why this appeal should not be dismissed for lack of jurisdiction and the case be remanded to the district court for further proceedings on the appeal of the magistrate judge's order, or, alternatively, why this appeal should not be transferred to the district court. Failure to comply with this order may result in dismissal of the appeal for lack of prosecution. Appellee may file a response within 10 days of the filing of appellant's response to the order to show cause. The responses may not exceed the length limitations established in the order. It is FURTHER ORDERED that consideration of the motions to correct or supplement the record [2158443−2] & [2156812−4] and the motion to dismiss [2171657−2] be deferred pending further order of the Court. Before Judges: Pillard, Katsas and Garcia. [25−3103] [Entered: 07/09/2026 09:53 AM] |
| 07/10/2026 | RESPONSE [2182780] to order [2182404−2], [2182404−3], [2182404−4] filed by Ms. Cindy Young (Service Date: 07/10/2026 by CM/ECF NDA) Length Certification: 928 words. [25−3103] (Young, Cindy) [Entered: 07/10/2026 01:52 PM] |
| 07/17/2026 | RESPONSE [2183807] to order [2182404−2], [2182404−3], [2182404−4] filed by USA (Service Date: 07/17/2026 by CM/ECF NDA) Length Certification: 590 words. [25−3103] (Fleming, Mary) [Entered: 07/17/2026 01:53 PM] |
| 09/16/2026 | PER CURIAM ORDER [2193358] filed ORDERED that the order to show cause [2182404−4] be discharged. It is FURTHER ORDERED, in light of the parties' agreement, that this appeal, including the motions to correct or supplement the record and the motion to dismiss, be transferred to the district court. The Clerk is directed to transmit the original file, including a copy of this order, to the United States District Court for the District of Columbia. Before Judges: Millett, Walker and Childs. [25−3103] [Entered: 09/16/2026 01:46 PM] |